UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-67-TAV-JEM |
| | ) | |
| MICHAEL DEWAYNE SETTLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Michael Dewayne Settle's Unopposed Motion to Continue Deadlines and Trial Date [Doc. 20], which he filed on July 7, 2026.

Defendant asks the Court to continue the August 18 2026 trial date, along with the motion and plea deadlines [*Id.* at 1]. As grounds, Defendant states his counsel has not been able to complete investigation into the facts and circumstances of this case and cannot yet fully advise Defendant about the best possible resolution for his case [*Id.* ¶ 1]. Defendant submits that additional time is needed to allow the parties an opportunity to make a full resolution of the case and serve the ends of justice [*Id.* ¶ 2]. Defendant understands that the period between the filing of his motion and a new trial date will be fully excludable for speedy trial purposes [*Id.* ¶ 3]. The Government has no objection to a continuance [*Id.* ¶ 4].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in

18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to investigate the facts and circumstances of the case and advise Defendant, consider pretrial motions, and to otherwise prepare for trial. The Court finds that all of this cannot occur before the August 18, 2026 trial date.

The Court therefore **GRANTS** Defendant Michael Dewayne Settle's Unopposed Motion to Continue Deadlines and Trial Date [**Doc. 20**]. The trial of this case is reset to **November 17, 2026.** A new schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on July 7, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Michael Dewayne Settle's Unopposed Motion to Continue Deadlines and Trial Date [**Doc. 20**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **November 17, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **July 7, 2026**, and the new trial date of **November 17, 2026,** is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) pretrial motions are due on or before **August 7, 2026.** Responses to the pretrial motions are due on or before **August 21, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **October 16, 2026**;

(6) the deadline for filing motions *in limine* is **November 2, 2026**, and responses to motions *in limine* are due on or before **November 10, 2026**;

2

(7) the parties are to appear before the undersigned for a final pretrial conference on **November 3, 2026, at 1:00 p.m.,** and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **November 6, 2026.**

   **IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3