UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-67-TAV-JEM |
| | ) | |
| MICHAEL DEWAYNE SETTLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Michael Dewayne Settle's Unopposed Motion to Continue Deadlines and Trial Date [Doc. 22], which he filed on July 31, 2026.

Defendant asks the Court to continue the November 17, 2026 trial date,[1] along with the motion and plea deadlines [*Id.* at 1]. As grounds, Defendant states his counsel needs additional time to discuss the facts and circumstances of the case and potential resolutions with him [*Id.* ¶ 1]. Defendant submits that additional time is needed to allow the parties an opportunity to make a full resolution of the case and that a continuance will serve the ends of justice [*Id.* ¶ 2]. Defendant understands that the period between the filing of his motion and a new trial date will be fully excludable for speedy trial purposes [*Id.* ¶ 3]. The Government has no objection to another trial continuance [*Id.* ¶ 4].

---

[1] Defendant's motion erroneously states that the current trial date is August 18, 2026, which was the original trial setting in this case [*See* Docs. 14, Minutes, & 15]. On July 13, 2026, the undersigned continued the trial to November 17, 2026, at Defendant's request [*See* Doc. 21]. Defendant now requests an additional forty-five-day extension of the trial date [Doc. 22 p. 1].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to meet with Defendant about the facts and circumstances of the case and to advise Defendant, consider pretrial motions, and to otherwise prepare for trial. The Court finds that all of this cannot occur before the December 1, 2026 trial date.

The Court therefore **GRANTS** Defendant Michael Dewayne Settle's Unopposed Motion to Continue Deadlines and Trial Date [**Doc. 22**]. The trial of this case is reset to **January 19, 2027.** A new schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on July 31, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Michael Dewayne Settle's Unopposed Motion to Continue Deadlines and Trial Date [**Doc. 22**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **January 19, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **July 31, 2026**, and the new trial date of **January 19, 2027,** is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4)  pretrial motions are due on or before **September 8, 2026**, and responses to the pretrial motions are due on or before **September 22, 2026**;

(5)  the deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 18, 2026**;

(6)  the deadline for filing motions *in limine* is **January 4, 2027**, and responses to motions *in limine* are due on or before **January 12, 2027**;

(7)  the parties are to appear before the undersigned for a final pretrial conference on **January 5, 2027, at 11:30 a.m.,** and

(8)  requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 8, 2027.**

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3